**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLVIN JUSTICE, | No. C04-00556 MJJ |
| Plaintiff, | **ORDER STRIKING RECENT FILINGS** |
| v. | |
| THE STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | |

The Court is in receipt two documents that Plaintiff Carlvin Justice has filed entitled: "Nullification of MJJ Order, with Leave of Duty"[1] and "Resistance to the Mandate and Petition for Rule 40."[2] Because this case has been closed, and Plaintiff's appeal to the Court of Appeals has been dismissed, the Court **STRIKES** each of these filings as moot.

**IT IS SO ORDERED.**

Dated: November 1, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 151.

[2] Docket No. 156.